```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAN BROWN and RANDOM HOUSE, INC.,

                Plaintiffs,

-against-

LEWIS PERDUE,

                Defendants.
------------------------------------------------------------X
LEWIS PERDUE,

                Counterclaimant,

-against-

DAN BROWN and RANDOM HOUSE, INC.,
COLUMBIA PICTURES INDUSTRIES, INC.,
SONY PICTURES ENTERTAINMENT INC.,
SONY PICTURES RELEASING CORPORATION,
IMAGINE FILMS ENTERTAINMENT, LLC.,

                Counterclaim Defendants.
------------------------------------------------------------X

04 CIVIL 7417 (GBD)

## JUDGMENT

      The parties having cross-moved for summary judgment, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on August 4, 2005, having rendered its Memorandum Opinion and Order denying defendant's motion for summary judgment, dismissing all his counterclaims, granting plaintiff's motion for summary judgment, and awarding plaintiffs a declaratory judgment that plaintiffs' authorship, publication and exploitation of rights in and to *The Da Vinci Code* do not infringe any copyrights owned by defendant, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 4, 2005, defendant's motion for summary judgment is denied and all his counterclaims are dismissed; plaintiff's motion for summary judgment is granted and plaintiffs are awarded a declaratory judgment that plaintiffs' authorship, publication

and exploitation of rights in and to *The Da Vinci Code* do not infringe any copyrights owned by defendant.

**Dated:** New York, New York
August 8, 2005

**J. MICHAEL McMAHON**

**Clerk of Court**

BY: _____

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____